STATE v. McMANUS

No. 20 PC.

Case below: 34 N.C. App. 751.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. McWHORTER

No. 31 PC.

Case below: 34 N.C. App. 462.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. MENSCH

No. 11 PC.

Case below: 34 N.C. App. 572.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. NELSON

No. 36 PC.

Case below: 34 N.C. App. 751.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. PAYNE

No. 54 PC.

Case below: 35 N.C. App. 154.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.